| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 14-23330-CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |
| **In Re:**<br><br>Dionys Prieto,<br><br>   Debtor. | |

Order Filed on December 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: December 12, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge




14-23330-CMG
Prieto, Dionys
Order on Application for Redaction

**Page 2**

Debtors: Dionys Prieto
Case No.: 14-23330-CMG
Caption of Order: **Order Directing Redaction of Personal Information**

_____

      The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by GREEN TREE SERVICING LLC, and regarding the following documents:

   a.   Proof of Claim, filed on October 27, 2014, as claim 3-1 on the Claims Register.

      ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

      ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

      ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-23330-CMG
Dionys Prieto                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 12, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db            +Dionys Prieto,   6 Starlight Road,   Howell, NJ 07731-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Christopher J. Kern    on behalf of Debtor Dionys   Prieto cjkernlaw@comcast.net
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as Legal Title Trustee for LVS Title Trust I
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    BSI Financial Services as servicer for U.S. National
               Bank Association, not in its individual capacity, but solely as LegalTitle Trustee for LVS Title
               Trust I jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as Legal Title Trustee for LVS Title Trust I
               bankruptcynotice@zuckergoldberg.com
              Miriam  Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC mrosenblatt@rasflaw.com
                                                                                               TOTAL: 8